## M'WHORTER v. SAYRE & SAYRE.

It is error to render judgment for more damages than laid in the declaration.

THIS action involved the same points as the two preceding. In addition thereto, it was assigned for error, that the damages in the writ and declaration were laid at $130, and a verdict was found for $268 93, and judgment was rendered for that amount. The action was in assumpsit.

GOLDTHWAITE, for the appellant. This is certainly erroneous. [a] Since the suing of this writ of error, a remittitur has been entered; but a remittitur cannot be entered at a subsequent term. [b]

BUGBEE, contra.

By JUDGE PERRY. It appears that the jury assessed damages largely beyond what were claimed in the declaration, and judgment was entered thereon. This was error, and has been so several times decided in this Court. For this the judgment must be reversed and the cause remanded.